IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONROE MASSEY,** *et al.*                                                                  **PLAINTIFF**

v.                   **CASE NO. 4:22-MC-00009-BSM**

**USA**                                                                                       **DEFENDANTS**

## **ORDER**

Pursuant to the joint status report filed by the parties [Doc. No. 12], the clerk is directed to terminate the pending petition [Doc. No. 2] and close this case.

IT IS SO ORDERED this 9th day of September, 2022.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE